# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Latanya R. Lockhart | ) | Case No.  16-23337 |
| | ) | |
| Debtors | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on **Tuesday, December 18, 2018** at the hour of **10:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Baer in Courtroom  615  of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached, **MOTION FOR FINAL DECREE** a copy of which is attached hereto and is hereby served upon you.  You may appear and be heard  if you choose.

By:_/s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160

## CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois, 60606 on December 11, 2018.

/s/Karen J. Porter

**Latanya R. Lockhart**
**Service List**


**Via ECM Electronic Filing:**

- **Sarah E Barngrover**    amps@manleydeas.com
- **Peter C Bastianen**    ND-Four@il.cslegal.com
- **Kinnera Bhoopal**    kinnera.bhoopal@mccalla.com
- **Tracey M Coons**    tcoons@bplawgroup.com, ecfnoticesIL@bplawgroup.com
- **Joel P Fonferko**    ND-One@il.cslegal.com
- **Paulina Garga-Chmiel**    pgarga@chuhak.com, dgeorge@chuhak.com
- **Kathryn Gleason**    USTPRegion11.es.ecf@usdoj.gov,
  Kathryn.M.Gleason@usdoj.gov
- **Krysta L Kerr**    krysta@millermillerlaw.com,
  aport@millermillerlaw.com,millermillerlaw1@gmail.com,millermillerecf@gm
  ail.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Brenda Ann Likavec**    bknotices@potestivolaw.com,
  blikavec@potestivolaw.com
- **Terri M Long**    tmlong@tmlong.com, Courts@tmlong.com
- **Jose G Moreno**    nd-one@il.cslegal.com
- **Andrew J Nelson**    anelson@atty-pierce.com, northerndistrict@atty-
  pierce.com
- **Crystal V Sava**    ccaceres@alolawgroup.com, bankruptcy@alolawgroup.com
- **Jill Sidorowicz**    jsidorowicz@wmlegal.com, ndil@wmlegal.com
- **Miriam R. Stein**    mstein@chuhak.com,
  dgeorge@chuhak.com;vjefferson@chuhak.com
- **Toni Townsend**    toni.townsend@mccalla.com,
  northerndistrict@mccalla.com

Patrick S Layng                          Peter C Bastianen
Kathryn Gleason                          Joel P. Fonferko
Office of the U.S. Trustee, Region 11    Codilis and Associates
219 S Dearborn St                        15W030 N. Frontage Rd., Suite 100
Room 873                                 Burr Ridge, IL 60527
Chicago, IL 60604

Sarah E Willms
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

Paulina Garga-Chmiel
Miriam Stein
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Brenda Ann Likavee
Potestivo & Associates, P.C.
223 W. Jackson, Suite 610
Chicago, IL 60606

Andrew J Nelson
Toni Townsend
Kinnera Bhoopal
MRPierce, LLC, d/b/a McCalla Raym et.al.
1 North Dearborn St. Suite 1300
Chicago, IL 60602

Terri M. Long
Law Office of Terri M. Long
2056 Ridge Road
Homewood, Il 60430

Tracy M. Coons
J Peterman Legal Group, Ltd
165 Bishops Way, Suite 100
Brookfield, WI 53005

Krysta L. Kerr
Miller & Miller Law, LLC
633 W, Wisconsin Avenue
Suite 500
Milwaukee, WI 53203

Crystal V. Sava
Anselmo Lindberg & Associates, LLC
1771 W. Diehl Road
Naperville, Il 60563

Jill Sidorowicz
Weiss McClelland, LLC
105 W. Adams Street
Suite 1850
Chicago, Il 60603

**Via Regular Mail:**

Advocate Medical Group
8550 W Bryn Mawr Ave Fl 8
Chicago, IL 60631-3200

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Capital One
PO Box 21887
Eagan, MN 55121-0887

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE-1-1406
Wilmington, DE 19801-2920

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

City of Chicago
Department of Finance
PO Box 6330
Chicago, IL 60680-6330

Jeff Engstrom
ASA--Real Estate Tax Litigation
Civil Actions Bureau
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

Department of Treasury-Internal Revenue
Service
PO Box 7346
Philadelphia, PA 19101-7346

Department of Finance
Administrative Hearing Collections
121 N LaSalle St Rm 107A
Chicago, IL 60602-1232

Franklin Credit Management Corporation
101 Hudson St Fl 25
Jersey City, NJ 07302-3915

Municipal Collection Service
PO Box 327
Palos Heights, IL 60463-0327

NICOR Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora IL 60507

Ridge Orthopedics and Rehab
5540 W 111th St
Oak Lawn, IL 60453-5574

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Village of Calumet Park
12409 S Throop St
Calumet City, IL 60827-5819

Village of Dolton
14122 Chicago Rd
Dolton, IL 60419-1042

Village of Riverside
Illinois Photo Enforcement Program
75 Remittance Dr., Dept 6658
Chicago, IL 60675-6658

Latanya Lockhart
3112 Lawrence Crescent
Flossmoor, Il 60422

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Latanya R. Lockhart | ) | Case No.  16-23337 |
| | ) | |
| Debtors | ) | Judge Janet S. Baer |

### MOTION FOR FINAL DECREE

Latanya R. Lockhart (the "Debtor") debtors and debtor in possession herein, by and through her undersigned attorney, moves this honorable court pursuant to 11 U.S.C. §350(a) and Fed.R. Bankr. P. 3022 for the entry of a final decree closing this chapter 11 case, and in support thereof, respectfully states as follows:

1.	Debtor commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. '101 *et seq.* (the "Bankruptcy Code") on July 20, 2016, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2.	Debtor has continued to manage her business and properties as a debtor-in-possession pursuant to §§1107 and 1108 of the Code.  No trustee or creditors committee has been appointed in this case.

3.	This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A) and (B).  Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4.    On  May 17, 2018 the Debtors filed a Modified Plan Dated May 14, 2018 (the "Plan").

5.    On October 4, 2018, the Court entered an Order Confirming Modified Plan of Reorganization [Dkt. No. 335].   On October 19, 2018, the Order Confirming Modified Plan became a Final Order of the Court.

6.    On November 19, 2018, the Plan became effective.

7.    On or about the November 19, 2018, Effective Date of the Plan. the Debtor took the following action or made the following payments to the following creditors, as required by the Plan.

A.   On the Effective Date, the Debtor established the Reserve Account required by Article 25.2 of the Plan with a deposit of $12,000.00.

B.   On November 16, 2018, the Debtor made a one-time disbursement of 15% of the Allowed Amount of the Claims of Unsecured Creditors with Claims of less than $5,000.00 to the twenty-one Creditors.

C.   On November 28, 2018, the Debtor made the mortgage payments required by the Plan for the ten investment properties the Debtor is retaining.

8.    All the payments that are due to Creditors under the Plan have commenced.

9.    All property proposed by the Plan to be transferred has been transferred.

10.    There are no objections to claims pending.   There are no open adversary proceedings or other contested matters.

11.    All fees due to the United States Trustee have been paid.

12.    The Plan has been substantially consummated.

13.     Bankruptcy Rule 3022 provides that:  "After an estate is fully administered in a

chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest,

shall enter a final decree closing the case.  Section 350(a) of the Code provides that: "After an

estate is fully administered and the court has discharged the trustee, the court shall close the case.

14.     Debtor requests that the court enter a final decree closing this chapter 11 case.

WHEREFORE, Latanya R. Lockhart, debtor and debtor in possession herein, prays for an

entry of a final decree closing this chapter 11 case and for such other and different relief as this

Court deems proper and just.

Respectfully submitted,
LATANYA R. LOCKHART
By: /s/ Karen J. Porter
One of its attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe,  Suite 240
Chicago, IL 60606
(312) 372-4400
Fax (312) 372-4160
Atty No 6188626