UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-23337 |
| | ) | |
| | ) | Chapter: 11 |
| Latanya R. Lockhart | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ADMINISTRATIVELY CLOSING CHAPTER 11 CASE

This cause coming on to be heard on the Debtor's motion for final decree; due and proper notice of the Motion has been given to the parties entitled thereto; the estate and the court being duly advised in the premises:

IT IS THEREFORE ORDERED:
1. The Chapter 11 case is administratively closed.
2. The Court will retain jurisdiction to hear all matters that are specified in the confirmed Modified Plan of Reorganization dated May 14, 2018.
3. The Debtor may move to reopen this case for the purpose of receiving a discharge when all plan payments have been completed or the Debtor otherwise qualifies for a discharge under 11 USC Section 1141(d)(5).

Enter:

*/s/ Janet S. Baer*

United States Bankruptcy Judge

Dated: 18 DEC 2018

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko